■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN COLE, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about May 13, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Marlow, McGuire and Malone, JJ.